**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AUDREY MARIE LAYNER,

    Plaintiff,

v.   Case No: 8:22-cv-1904-WFJ-JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER DISMISSING CASE

**UPON DUE AND CAREFUL CONSIDERATION** of the entire file, it is **ORDERED AND ADJUDGED** that this case is dismissed without prejudice for failure to prosecute and for failure to comply with prior orders of this Court. *See* Local Rule, 3.10 (M.D. Fla.); Dkts. 7, 8. The Clerk is directed to terminate all pending deadlines/motions and to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 1, 2023.

                                                  s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

**Copies furnished to:**
Plaintiff, *pro se*
Counsel of Record